IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02804-MSK-KLM

ARTHUR SANCHEZ,

    Plaintiff,

v.

JOHN H. BAUER, Detective, 97032,
JOHN G. ROBLEDO, Detective, 05122, and
NICHOLAS E. ROGERS, Detective, 86037,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Clarification** [#28] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#28] is **GRANTED**, to the extent that the Court clarifies as follows. All three of the above-named Defendants in this matter were served in mid-January [#20, #21, #22] and are represented by Attorney Conor D. Farley of the Denver City Attorney's Office, 201 West Colfax Avenue, Denver, Colorado 80202.

    Dated: February 20, 2015